B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A. Three Service Agency, Ltd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3091949** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3125 Commercial Ave.**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2000 Grant Street**<br>**Evanston, IL**<br>ZIP Code **60201** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A. Three Service Agency, Ltd** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Althea Alder** | Case Number:<br>**10-34885** | Date Filed:<br>**8/04/10** |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Owner and sole stockholder** | Judge:<br>**Eugene Wedoff** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**A. Three Service Agency, Ltd**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ ss//Deborah K. Ebner** _____
Signature of Attorney for Debtor(s)

**ss//Deborah K. Ebner 6181615**
Printed Name of Attorney for Debtor(s)

**ss// Law Office of Deborah Kanner Ebner**
Firm Name

**11 East Adams**
**Suite 904**
**Chicago, IL 60603**

Address

**Email: dkebner@deborahebnerlaw.com**
**(312) 922-3838  Fax: (312) 922-8722**
Telephone Number

**November 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Althea Alder** _____
Signature of Authorized Individual

**Althea Alder**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **A. Three Service Agency, Ltd**            ,    Case No. _____

                                     Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 47,216.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 121,256.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 45,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 996,006.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 47,216.80 | | |
| Total Liabilities | | | | 1,162,262.77 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **A. Three Service Agency, Ltd**                                        Case No. _____
                                    Debtor                ,
                                                          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **A. Three Service Agency, Ltd**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
_____ ,
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account - PNC bank (9249) | - | 0.00 |
| | | AXA Equitable Account PO Box 55450 Boston, MA 02205 | - | Unknown |
| | | checking account - PNC Bank (last four digits 9302) | - | 0.00 |
| | | checking account PNC bank (last four digits 9329) | - | 295.35 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CM Financial Corporation : 2333 Waukegan Rd. #150 Bannockburn, Ill. 60015 - security deposit for instalment payment agreement for software support by Morse Data Corporation | - | 2,931.30 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                      **3,226.65**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **A. Three Service Agency, Ltd**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Amounts due- itemization to be provided upon request** | - | 43,990.15 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **43,990.15**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                                ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **47,216.80**

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                                                            ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/8/2009 | | | | | |
| **Great America Leasing Corporation** **625 FIrst Street** **Cedar Rapids, IA 52401** | | - | equipment | | | | | |
| | | | Value $        **Unknown** | | | | **6,335.40** | **Unknown** |
| Account No. | | | 9/29/2008 | | | | | |
| **KSP Aquisition Corporation** **2333 Waukegan Rd #150** **Deerfield, IL 60015** | | - | believed to be UCC for software support agreement (See Morse Data and CM Financial) | | | X | | |
| | | | Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | 9/21/2009 | | | | | |
| **National City Bank n/k/a PNC** **401 Lake Cook Road** **Deerfield, IL 60015** | X | - | Commercial Security Agreement and UCC blanket security interest in all inventory, chattel paper, accounts, equipment, and general intangibles | | | | | |
| | | | Value $        **Unknown** | | | | **114,920.61** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

|  | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **121,256.01** | **0.00** |
| | Total (Report on Summary of Schedules) | **121,256.01** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **A. Three Service Agency, Ltd**                                        Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **A. Three Service Agency, Ltd**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Deborah Harding** | - | | | | | | 4,000.00 | | 0.00 4,000.00 |
| Account No. **Don Gunther** | - | | | | | | 18,000.00 | | 7,050.00 10,950.00 |
| Account No. **Jose Irazoque** | - | | | | | | 2,000.00 | | 0.00 2,000.00 |
| Account No. **Juan Mendoza** | - | | | | | | 1,000.00 | | 0.00 1,000.00 |
| Account No. **Renee Berymon** **1005 S DesPlaines** **#303** **Forest Park, IL 60130** | - | | | | | | 1,000.00 | | 0.00 1,000.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 26,000.00 | 7,050.00 18,950.00 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **A. Three Service Agency, Ltd** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Steven Meier** | - | | | | | | | | | 50.00 |
| | | | | | | | | 11,000.00 | | 10,950.00 |
| Account No. | | | | | | | | | | |
| **Wilmer Sanchez** | - | | | | | | | | | 0.00 |
| | | | | | | | | 6,000.00 | | 6,000.00 |
| Account No. | | | | | | | | | | |
| **Yvonne Washington** **6040 N Sheridan Rd** **Apt 307** **Chicago, IL 60660** | - | | | | | | | | | 0.00 |
| | | | | | | | | 2,000.00 | | 2,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 50.00 | |
|---|---|---|---|
| | (Total of this page) | 19,000.00 | 18,950.00 |
| | Total | 7,100.00 | |
| | (Report on Summary of Schedules) | 45,000.00 | 37,900.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **A. Three Service Agency, Ltd**                                      , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxx9301 **ABF Freight System, Inc. 1075 Chaddick Dr Wheeling, IL 60090-6401** | - | | | | | | | | 336.75 |
| Account No. xxxxx2006 **ACI 2450 Delta Lane Elk Grove Village, IL 60007** | | | | | | | | | 0.00 |
| Account No. **ACI 2450 Delta Lane Elk Grove Village, IL 60007** | - | | | | | | | | 720.00 |
| Account No. xxxxxx9236 **Active Disposal 2300 Carlson Drive Northbrook, IL 60062** | - | | | | | | | | 0.00 |
| __13__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,056.75 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    S/N:28049-101015    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx-xxxxx0683** <br><br> **ADT Security Services, Inc.** <br> **14200 E Exposition Ave** <br> **Aurora, CO 80012** | - | | | | | | | **676.68** |
| Account No. **xF711** <br><br> **AFLAC** <br> **Worlwide Headquarters** <br> **1935 Wynnton Road** <br> **Columbus, GA 31999** | - | | | | | | | **0.00** |
| Account No. <br><br> **Althea Alder** <br> **2000 Grant Street** <br> **Evanston, IL 60201** | | | | **2010** <br> **loans to A-3 Corporation** | | | | **122,900.00** |
| Account No. **xxxxxx0870** <br><br> **American Credit Systems Inc** <br> **400 West Lake Street, Suite 111** <br> **POB 72849** <br> **Roselle, IL 60172-0849** | - | | | | | | | **0.00** |
| Account No. **xxx x9201** <br><br> **American Door and Dock** <br> **2125 Hammond Drive** <br> **Schaumburg, IL 60173** | - | | | | | | | **0.00** |

Sheet no. **1** of **13** sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        | **123,576.68** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxx6007** | | | | | | | | |
| American Express POB 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | 46,364.24 |
| Account No. **xx087** | | | | | | | | |
| Arrow Messenger Service 1322 W Walton St Chicago, IL 60642 | | - | | | | | | 69.55 |
| Account No. **xxxxxxxxxx9422** | | | | | | | | |
| AT&T PO Box 8100 Aurora, IL 60507 | | - | | | | | | 0.00 |
| Account No. **xxxxxx9817** | | | | | | | | |
| Avaya Communications Customer Care Center 1400 Hertz Quail Spring Hwy Oklahoma City, OK 73134 | | - | | | | | | 2,598.30 |
| Account No. **xx5077** | | | | | | | | |
| AXA Equitable POB 8004 Boston, MA 02266 | X | - | | | | | | 0.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          49,032.09

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxxxxx4693** | | | | | | | | | | |
| Blue Star Energy Services Inc. Dept Ch 19346 Warrenville, IL 60555-9346 | | - | | | | | | | | 2,849.81 |
| Account No. **xx2280** | | | | | | | | | | |
| Canon Financial Services Inc. 14904 Collections Center Drive Chicago, IL 60693-0149 | | - | | | | | | | | 7,186.86 |
| Account No. **xxx x9742** | | | | | | | | | | |
| Carstan / Accu-Data Systems 214 E Hellen Road Palatine, IL 60067 | | - | | | | | | | | 0.00 |
| Account No. **xxxxxx0165** | | | | | | | | | | |
| Champion Energy, LLC 13831 NW Freeway Suite 250 Houston, TX 77040 | | - | | | | | | | | 1,739.16 |
| Account No. **xxxx xxxx xxxx 3043** | X | | | | | | | | | |
| Chase Cardmember Service POB 15153 Wilmington, DE 19886-5153 | X | - | | | | | | | | 10,642.64 |

Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          22,418.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx-xxA147** | | | | | | | | |
| **Chicago Office Technology Group** **4 Territorial Court** **Bolingbrook, IL 60440** | - | | | | | | | 561.78 |
| Account No. **xxxx2572** | | | | | | | | |
| **Citgo** **POB 2224** **Birmingham, AL 35246-0017** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Clean King Maintenance** **403 Hickory Drive** **Wheeling, IL 60090** | - | | | | | | | 5,551.80 |
| Account No. **xxxxx3006** | | | | | | | | |
| **ComEd** **POB 6111** **Carol Stream, IL 60197-6111** | - | | | | | | | 172.83 |
| Account No. **xxxxxx1002** | | | | | | | | |
| **ComEd** **POB 6111** **Carol Stream, IL 60197-6111** | - | | | | | | | 774.43 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,060.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx020B** <br><br> **Cook County Dept of Revenue** <br> **Environmental Control** <br> **POB 641547** <br> **Chicago, IL 60664-1547** | - | | | | | | | | **0.00** |
| Account No. **xxxxxxx5386** <br><br> **Crafters & Freighters** <br> **2750 Greenleaf Avenue** <br> **Elk Grove Village, IL 60007** | - | | | | | | | | **0.00** |
| Account No. <br><br> **Don Guther** <br> **2516 Hartford Ct.** <br> **Arlington Heights, IL 60004** | - | | | | nonprioirty portion of wage claim | | | | **7,950.00** |
| Account No. **xxxxx1586** <br><br> **Elite Staffing** <br> **1400 W HUbbard** <br> **2nd Floor** <br> **Chicago, IL 60622** | - | | | | | | | | **28,429.94** |
| Account No. **xxxxxxxx3006** <br><br> **Exelon Energy Company** <br> **21425 Network Place** <br> **Chicago, IL 60673-1214** | - | | | | | | | | **5,201.91** |

Sheet no. __5___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **41,581.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-x114-6** | | | | | | | | |
| FedEx Attn: William B. Seligstein 3965 Airways Blvd, Module G, 3rd Fl Memphis, TN 38116 | - | | | | | | | 8,888.65 |
| Account No. **xx231** | | | | | | | | |
| Future Link 25W658 St. Charles Road Carol Stream, IL 60188 | - | | | | | | | 0.00 |
| Account No. **xx25 CD** | | | | | | | | |
| GHC Mechanical Inc. 990 Pauly Drive Elk Grove Village, IL 60007 | - | | | | | | | 5,960.00 |
| Account No. **xxx 4597** | | | | | | | | |
| Hansen Cochrane & Reed Ltd 60 Revere Drive Suite 202 Northbrook, IL 60062 | - | | | | | | | 16,370.00 |
| Account No. **xxx392** | | | | | | | | |
| Healthcare Service Corporation POB 1186 Chicago, IL 60690-1186 | - | | | | | | | 0.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          31,218.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **A. Three Service Agency, Ltd** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx.x0011** | | | | | | | |
| Holland & Knight LLP POB 864084 Attn: Diane Schulz Orlando, FL 32886-4084 | - | | | | | | 350.50 |
| Account No. **xxxxxxxx5200** | | | | | | | |
| I.C.W. Group 11455 El Camino Real San Diego, CA 92130-2045 | - | | | | | | 1,570.00 |
| Account No. | | | | | | | |
| Jack's Ace Hardware 3101 Dundee Road Northbrook, IL 60062 | - | | | | | | 191.42 |
| Account No. **xxxxx012** | | | commercial rent | | | | |
| Korman Lederer Management Co 3100 Dundee Road Suite 116 Northbrook, IL 60062 | - | | | | | | 425,011.01 |
| Account No. | | | | | | | |
| Lakeside Pest Control PO Box 412 Ingleside, IL 60041 | - | | | | | | 79.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    427,201.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **A. Three Service Agency, Ltd**                                    , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx 1352** | | | | | | | | | |
| **Lakeside Recycling Systems Inc**<br>**723 N Lake Road**<br>**POB 1031**<br>**Oconomowoc, WI 53066** | - | | | | | | | | **Unknown** |
| Account No. **xxxxxx7790** | | | | | | | | | |
| **LexisNexis**<br>**Matthey Bender & Co., Inc.**<br>**POB 7247-0178**<br>**Philadelphia, PA 19170-0178** | - | | | | | | | | **1,045.00** |
| Account No. **xxxx1291** | | | | | | | | | |
| **MailFinance**<br>**A Neopost USA Company**<br>**478 Wheelers Farms Rd**<br>**Milford, CT 06461** | - | | | | | | | | **9,120.90** |
| Account No. **xxxxxxxxx7400** | | | | | | | | | |
| **Management Marketing Services**<br>**POB 1494**<br>**Northbrook, IL 60062** | - | | | | | | | | **0.00** |
| Account No. **xx714** | | | | | | | | | |
| **Morse Data Corporation**<br>**16 Pierce Street**<br>**Dover, NH 03820** | - | | | | | | | | **33,038.52** |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **43,204.42**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A. Three Service Agency, Ltd**                       ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx0003**<br><br>**Nicor Gas**<br>**POB 2020**<br>**Aurora, IL 60507-2020** | | - | | | | | | | 13,363.44 |
| Account No. **xxxxxx2277**<br><br>**PHSI Pure Water Finance**<br>**POB 404582**<br>**Atlanta, GA 30384-4582** | | - | | | | | | | 448.65 |
| Account No.<br><br>**PNC Bank**<br>**PO Box 747032**<br>**Pittsburgh, PA 15274** | | | | | Line of credit<br>   Subject to setoff. | | | | 105,267.90 |
| Account No. **xx70**<br><br>**Promotion Marketing Association Inc**<br>**650 First Avenue**<br>**Suite 2-SW**<br>**New York, NY 10016** | | - | | | | | | | 3,500.00 |
| Account No. **xxxxx-1**<br><br>**Rand-Tec Insurance Agency Inc.**<br>**977 Lakeview Parkway**<br>**Suite 105**<br>**Vernon Hills, IL 60061** | | - | | | | | | | 4,087.99 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
(Total of this page)     **126,667.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A. Three Service Agency, Ltd**                                          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3262** | | | | | | | |
| Roscoe Company POB 4804 Chicago, IL 60680-4804 | | - | | | | | 423.00 |
| Account No. **xx681** | | | | | | | |
| Sentry Security Inc. POB 1289 Bridgeview, IL 60455-0289 | | - | | | | | 285.00 |
| Account No. **xxSER** | | | | | | | |
| Sonitrol Chicagoland North 231342 Momentum Place Chicago, IL 60689-5311 | | - | | | | | 819.00 |
| Account No. **xxxxxx0936** | | | | | | | |
| Staples Advantage Dept Det POB 83689 Chicago, IL 60696-3689 | | - | | | | | Unknown |
| Account No. **xxx384** | | | | | | | |
| Swanson Blossom Shot Ltd 814 N Waukegan Road Deerfield, IL 60015 | | - | | | | | 0.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,527.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx0001**<br><br>Swift Financial<br>POB 3023<br>Milwaukee, WI 53201-3023 | X | - | | | | | | 0.00 |
| Account No. **xxx xxx 0870**<br><br>TDS Metrocom<br>POB 94510<br>Palatine, IL 60094-4510 | | - | | | | | | 3,355.36 |
| Account No. **xxx x4299**<br><br>Tepfer Consulting Group Ltd<br>145 Revere Drive<br>Northbrook, IL 60062-1555 | | - | | | | | | 2,650.00 |
| Account No. **xx120**<br><br>Terrace Paper Company Inc<br>1325 South Cicero Ave<br>Cicero, IL 60804-1404 | | - | | | | | | 17,763.85 |
| Account No. **xxxxxxxxxxx8886**<br><br>The Lincoln Natl Life Insurance Co<br>POB 0821<br>Carol Stream, IL 60132-0821 | | - | | | | | | 0.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,769.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A. Three Service Agency, Ltd**                                    Case No. _____
                                                                                ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8193** <br><br> **ULINE** <br> **Attn: Accounts Receivable** <br> **2200 S Lakeside Drive** <br> **Northbrook, IL 60065** | - | | | | | | 0.00 |
| Account No. **xxxxxxx0012** <br><br> **UNUM Life Insurance** <br> **Company of America** <br> **POB 406990** <br> **Atlanta, GA 30384-6990** | - | | | | | | 2,056.45 |
| Account No. **xxxxxx & xxxAR3** <br><br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | - | | | | | | 0.00 |
| Account No. **xxx6703** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL 60673-1820** | X - | | | | | | 94,023.94 |
| Account No. **xxxxxxxxxxxxxxx0001** <br><br> **Village of Northbrook** <br> **1225 Cedar Lane** <br> **Northbrook, IL 60062-4582** | - | | | | | | 365.78 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,446.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **A. Three Service Agency, Ltd** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0522** | | | | **outstanding invoices period March through June 2010** | | | | |
| **W.B. McCloud Co., Inc. Attn: Acct. Dept 2500 W Higgins Rd, Suite 850 Hoffman Estates, IL 60169-7266** | - | | | | | | | 1,048.50 |
| Account No. **xxxxxxxxxx0086** | | | | | | | | |
| **Waste Management Attn: Billing Department 1411 Opus Place, Suite 400 Downers Grove, IL 60515** | - | | | | | | | 196.22 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 1,244.72 |
|---|---|
| Total (Report on Summary of Schedules) | 996,006.76 |

B6G (Official Form 6G) (12/07)

.

In re    **A. Three Service Agency, Ltd**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CM Financial Leasing**<br>**2333 Waukegan Road #150**<br>**Deerfield, IL 60015** | **installment payment agreement for software purchase** |
| **Great America Leasing Corporation**<br>**625 First Street**<br>**Cedar Rapids, IA 52401** | **copier** |
| **Morse Data Corporation**<br>**c/o CM Financial**<br>**2333 Waukegan Rd #150**<br>**Bannockburn, IL 60015** | **Software support - contract executed 9/2008** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **A. Three Service Agency, Ltd**                                                ,    Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Althea Alder** | **Swift Financial**<br>**POB 3023**<br>**Milwaukee, WI 53201-3023** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>    **possible co- debtor liability** | **American Express**<br>**POB 0001**<br>**Los Angeles, CA 90096-8000** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201** | **National City Bank n/k/a PNC**<br>**401 Lake Cook Road**<br>**Deerfield, IL 60015** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>    **Potential personal guaranty liability** | **AXA Equitable**<br>**POB 8004**<br>**Boston, MA 02266** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>    **Potential personal guaranty liability** | **Chase**<br>**Cardmember Service**<br>**POB 15153**<br>**Wilmington, DE 19886-5153** |
| **NCO Financial Systems, Inc**<br>**5626 Frantz Road**<br>**Dublin, OH 43017** | **UPS Freight**<br>**28013 Network Place**<br>**Chicago, IL 60673-1820** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __A. Three Service Agency, Ltd_____     Case No. _____

Debtor(s)                     Chapter    __7_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**November 23, 2010**_____     Signature     __**/s/ Althea Alder**_____

**Althea Alder**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A. Three Service Agency, Ltd**          Case No. _____

                         Debtor(s)         Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$821,105.00** | **Gross income Jan, 1 2010 to-date -** |
| **$6,100,311.00** | **Gross income, year ended December 31, 2009** |
| **$5,522,773.00** | **Gross income, year ended December 31, 2008** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$64,551.00** | **Misc. income over the past two years from recycling, insurance claims, refunds and sale of depreciated assets.** |
| **$2,500.00** | **includes sale of racks and forklift, 4/12/10** |
| **$4,000.00** | **includes sale of auto, 8/27/10** |
| **$400.00** | **includes sale of van, 9/10/10** |
| **$3,360.00** | **sale of scrap items, 9/17/10** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BLUE CROSS BLUE SHIELD** | **SEP 07, 2010** | **$7,558.00** | **$0.00** |
| **BLUE CROSS BLUE SHIELD** | **SEP 14, 2010** | **$6,172.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Credit Card of Owner** | **Dec 10, 2009** | **$665.00** | **$0.00** |
| **Credit Card of Owner** | **Dec 10, 2009** | **$446.00** | **$0.00** |
| **Credit card of Owner** | **Dec 10, 2009** | **$852.00** | **$0.00** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Credit card of owner** | **Jan 8, 2010** | **$500.00** | **$0.00** |
| **Credit card of owner** | **JAN 15, 2010** | **$550.00** | **$0.00** |
| **Althea Alder credit card** | **FEB 4, 2010** | **$1,191.00** | **$0.00** |
| **Althea Alder credit card** | **FEB 12, 2010** | **$1,445.00** | **$0.00** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>  **owner** | **September 1, 2010** | **$500.00** | **$122,900.00** |
| **Credit card of owner** | **12/21/2009** | **$1,000.00** | **$0.00** |
| **Althea Alder credit card** | **March 12, 2010** | **$444.00** | **$0.00** |
| **A. Alder credit card** | **April 6, 2010** | **$353.00** | **$0.00** |
| **A. Alder credit card** | **April 12, 2010** | **$742.00** | **$0.00** |
| **A. Alder credit card** | **April 19, 2010** | **$549.00** | **$0.00** |
| **A. Alder credit card** | **May 6, 2010** | **$177.00** | **$0.00** |
| **American Express**<br>**POB 29789**<br>**Fort Lauderdale, FL 33329**<br>  **Obligation of Debtor's principal** | **May 11, 2010** | **$442.00** | **$0.00** |
| **A. Alder credit card** | **June 11, 2010** | **$441.00** | **$0.00** |
| **A Alder credit card** | **June 11, 2010** | **$267.00** | **$0.00** |
| **A. Alder credit card** | **June 18, 2010** | **$353.00** | **$0.00** |
| **A. Alder credit card** | **June 18, 2010** | **$498.00** | **$0.00** |
| **A. Alder credit card** | **July 2, 2010** | **$500.00** | **$0.00** |
| **A. Alder credit card** | **July 7, 2010** | **$341.00** | **$0.00** |
| **A Alder credit card** | **July 12, 2010** | **$441.00** | **$0.00** |
| **A. Alder credit card** | **July 19, 2010** | **$442.00** | **$0.00** |
| **American Express**<br>**POB 7871**<br>**Fort Lauderdale, FL 33329**<br>  **Obligation of Debtor's princiapl** | **August 18, 2010** | **$800.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CM Financial**<br>**PO Box 66020**<br>**Chicago, IL 60666**<br>   **creditor to whom debtor's owner is also**<br>**obligated** | **2/16/2010** | **$2,931.00** | **$45,260.89** |
| **CM Financial Corporation**<br>**POB 66020**<br>**Chicago, IL 60666-0020**<br>   **guarantee obligation of debtor's principal** | **March 29, 2010** | **$2,931.00** | **$45,260.89** |
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177**<br>   **debtor's principal is guarantor** | **July 19, 2010** | **$368.00** | **$114,920.61** |
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177**<br>   **same** | **July 19, 2010** | **$109.00** | **$114,920.61** |
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177**<br>   **same** | **8/12/2010** | **$768.00** | **$114,920.61** |
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177**<br>   **same** | **8/17/2010** | **$384.00** | **$114,920.61** |
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>   **owner** | | **$500.00** | **$122,900.00** |
| **Debtor continues to review books**<br>**This information is subject to amendment.** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In Re: A-Three Services Agency, Ltd 10-003749** | **Fair Labor Standards - Wage claim proceeding** | **State of Illinois Department of Labor** | **pending** |
| **In Re: A-Three Services Agency, Ltd 10-003732** | **Fair Labor Standards - Wage claim proceeding** | **State of Illinois Department of Labor** | **Pending** |
| **In Re: A-Three Services Agency, Ltd 10-003751** | **Fair Labor Standards - Wage claim proceeding** | **State of Illinois Department of Labor** | **Pending** |
| **In Re: A-Three Services Agency, Ltd 10-003750** | **Fair Labor Standards - Wage claim proceeding** | **State of Illinois Department of Labor** | **Pending** |

5

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Great America Leasing Corporation**<br>**625 FIrst Street**<br>**Cedar Rapids, IA 52401** | **September 2010** | **copiers** |

---

### 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pure Water** | **Septmeber 2010** | **return of equipment** |
| **To be provided** | | **Baler returned to vendor on 9/17/2010 : value of property unknown** |

---

### 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■   this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■   and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ss// Law Office of Deborah Kanner Ebner<br>11 East Adams<br>Suite 904<br>Chicago, IL 60603** | **August 30, 2010** | **$2,300.00 + filing fee of $299.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **To be provided** | **4/12/2010; 8/27/2010; 9/10/2010; 9/17/10** | **racks and forklift - $2,500.00 ; Automobile - $4,000.00 : Van - $400.00 ; Scrap items - $3,360.00** |
| **various** | | **all inventory placed with A-Three for distribution returned to vendors on or before September 30, 2010 - itemization available upon request** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285-6177** | **set off believed to have occurred : See Schedule F** | |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **SAMANTHA KERSEY**<br>**17 SCHOOL STREET**<br>**Grayslake, IL 60030** | |

9

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **WIESLAWA RZYMOWSKI**<br>**7445 W. AINSLIE**<br>**Chicago, IL 60656** | | |
| **James Hansen, CPA**<br>**60 Revere Drive #202**<br>**Northbrook, IL 60062** | | **2009, 2010** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James Hansen** | **60 Revere Dr.**<br>**Northbrook, IL 60062** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **PNC BANK - FORMERLY NATIONAL CITY BANK**<br>**4000 GANTZ ROAD, SUITE F**<br>**Grove City, OH 43123-4844** | **informal financial information only 2008 and prior years** |
| **DEVON BANK**<br>**6445 N. WESTERN**<br>**Chicago, IL 60645** | **Informal financial information only -  2008 and prior years** |

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **ALTHEA A. ALDER** | **PRESIDENT** | **100% SHAREHOLDER** |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Althea Alder**<br>**2000 Grant Street**<br>**Evanston, IL 60201** | **President & Sole Director** | **Sole Stockholder** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ALTHEA ALDER**<br>**2000 Grant Street**<br>**Evanston, IL 60201**<br>Owner | **SHAREHOLDER SALARY PAID LAST YEAR: See also answers to question 3(c)** | **64,615.00** |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **A-THREE SERVICES AGENCY, LTD. PROFIT SHARING PLAN  (401(k))** | **FEIN #36-4054507** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **November 23, 2010**                    Signature    **/s/ Althea Alder**

**Althea Alder**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **A. Three Service Agency, Ltd**                          Case No. _____

Debtor(s)                         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................   $ _____**2,300.00**

    Prior to the filing of this statement I have received .........................   $ _____**2,300.00**

    Balance Due ...................................................................................   $ _____**0.00**

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■          Debtor              ☐     Other (specify):

4.  The source of compensation to be paid to me is:

    ■          Debtor              ☐     Other (specify):

5.  ■          I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors in Chapter 7 cases to reduce personal property to market value prior to
        discharge; exemption planning; preparation and filing of reaffirmation agreements and applications as needed
        with regard to reaffirmations of consumer obligations; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods; advising client with regard to defenses available for
        motions to modify the automatic stay, and representing their interests regarding such any such motions.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding, including but not limited to discharge and/or
    dischargeability actions, judicial lien avoidances, TILA, or other actions not customarily included in general
    Chapter 7 Bankruptcy reporesentation. For purposes of this retention agreement adversary proceeding includes
    any adjudication arising in any venue by virtue of creditor claims arising out of a domestic relations proceeding,
    or litigation/ negotiation deemed necessary for determination of allowance or dischargeability of tax obligations.
    Representation also does not include legal service needed for any audit conducted by virtue of this filing,
    assistance with home retention programs utilized by lending institutions, or reasonable costs incurred during
    the course of representation including but not limited to filing fees, title searches, appraisals or credit checks.
    Costs and services not included in the legal fee received pre-petition shall be billed monthly.**

In re  **A. Three Service Agency, Ltd** _____          Case No. _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 23, 2010** _____          **/s/ ss//Deborah K. Ebner** _____
                                **ss//Deborah K. Ebner 6181615**
                                **ss// Law Office of Deborah Kanner Ebner**
                                **11 East Adams**
                                **Suite 904**
                                **Chicago, IL 60603**
                                **(312) 922-3838  Fax: (312) 922-8722**
                                **dkebner@deborahebnerlaw.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A. Three Service Agency, Ltd**                                    Case No.
                                                   Debtor(s)      Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **92**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **November 23, 2010**                        **/s/ Althea Alder**
                                                      **Althea Alder**/**President**
                                                      Signer/Title

ABF Freight System, Inc.
1075 Chaddick Dr
Wheeling, IL 60090-6401


ACI
2450 Delta Lane
Elk Grove Village, IL 60007


ACI
2450 Delta Lane
Elk Grove Village, IL 60007


Active Disposal
2300 Carlson Drive
Northbrook, IL 60062


ADT Security Services, Inc.
14200 E Exposition Ave
Aurora, CO 80012


AFLAC
Worlwide Headquarters
1935 Wynnton Road
Columbus, GA 31999


Althea Alder
2000 Grant Street
Evanston, IL 60201


Althea Alder


Althea Alder
2000 Grant Street
Evanston, IL 60201


Althea Alder
2000 Grant Street
Evanston, IL 60201


Althea Alder
2000 Grant Street
Evanston, IL 60201

Althea Alder
2000 Grant Street
Evanston, IL 60201


American Credit Systems Inc
400 West Lake Street, Suite 111
POB 72849
Roselle, IL 60172-0849


American Door and Dock
2125 Hammond Drive
Schaumburg, IL 60173


American Express
POB 0001
Los Angeles, CA 90096-8000


Arrow Messenger Service
1322 W Walton St
Chicago, IL 60642


AT&T
PO Box 8100
Aurora, IL 60507


Avaya Communications
Customer Care Center
1400 Hertz Quail Spring Hwy
Oklahoma City, OK 73134


AXA Equitable
POB 8004
Boston, MA 02266


AXA Equitable
POB 55450
Boston, MA 02205-5450


Benuck & Rainey, Inc.
221 Old Concord Tpke
Barrington, NH 03825


Blue Star Energy Services Inc.
Dept Ch 19346
Warrenville, IL 60555-9346

Canon Financial Services Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Financial Services, Inc.
POB 5008
Mount Laurel, NJ 08054


Carstan / Accu-Data Systems
214 E Hellen Road
Palatine, IL 60067


Champion Energy, LLC
13831 NW Freeway
Suite 250
Houston, TX 77040


Chase
Cardmember Service
POB 15153
Wilmington, DE 19886-5153


Chicago Office Technology Group
4 Territorial Court
Bolingbrook, IL 60440


Citgo
POB 2224
Birmingham, AL 35246-0017


Clean King Maintenance
403 Hickory Drive
Wheeling, IL 60090


CM Financial Leasing
2333 Waukegan Road #150
Deerfield, IL 60015


ComEd
POB 6111
Carol Stream, IL 60197-6111


ComEd
POB 6111
Carol Stream, IL 60197-6111

Cook County Dept of Revenue
Environmental Control
POB 641547
Chicago, IL 60664-1547


Crafters & Freighters
2750 Greenleaf Avenue
Elk Grove Village, IL 60007


Deborah Harding


Don Gunther


Don Guther
2516 Hartford Ct.
Arlington Heights, IL 60004


Elite Staffing
1400 W HUbbard
2nd Floor
Chicago, IL 60622


Exelon Energy Company
21425 Network Place
Chicago, IL 60673-1214


FedEx
Attn: William B. Seligstein
3965 Airways Blvd, Module G, 3rd Fl
Memphis, TN 38116


FedEx
US Collections Department
POB 94515
Palatine, IL 60094-4515


Future Link
25W658 St. Charles Road
Carol Stream, IL 60188


GHC Mechanical Inc.
990 Pauly Drive
Elk Grove Village, IL 60007

Great America Leasing Corporation
625 FIrst Street
Cedar Rapids, IA 52401


Great America Leasing Corporation
625 First Street
Cedar Rapids, IA 52401


Hansen Cochrane & Reed Ltd
60 Revere Drive
Suite 202
Northbrook, IL 60062


Healthcare Service Corporation
POB 1186
Chicago, IL 60690-1186


Holland & Knight LLP
POB 864084
Attn: Diane Schulz
Orlando, FL 32886-4084


I.C.W. Group
11455 El Camino Real
San Diego, CA 92130-2045


Jack's Ace Hardware
3101 Dundee Road
Northbrook, IL 60062


Jose Irazoque


Juan Mendoza


Korman Lederer Management Co
3100 Dundee Road
Suite 116
Northbrook, IL 60062


Kramer & Assc.
228 River Vale Rd
2nd Floor
Westwood, NJ 07675

KSP Aquisition Corporation
2333 Waukegan Rd #150
Deerfield, IL 60015


Lakeside Pest Control
PO Box 412
Ingleside, IL 60041


Lakeside Recycling Systems Inc
723 N Lake Road
POB 1031
Oconomowoc, WI 53066


LexisNexis
Matthey Bender & Co., Inc.
POB 7247-0178
Philadelphia, PA 19170-0178


MailFinance
A Neopost USA Company
478 Wheelers Farms Rd
Milford, CT 06461


Management Marketing Services
POB 1494
Northbrook, IL 60062


Morse Data Corporation
16 Pierce Street
Dover, NH 03820


Morse Data Corporation
c/o CM Financial
2333 Waukegan Rd #150
Bannockburn, IL 60015


National City Bank n/k/a PNC
401 Lake Cook Road
Deerfield, IL 60015


NCO Financial Systems, Inc
5626 Frantz Road
Dublin, OH 43017

Nicor Gas
POB 2020
Aurora, IL 60507-2020


PHSI Pure Water Finance
POB 404582
Atlanta, GA 30384-4582


PNC Bank
PO Box 747032
Pittsburgh, PA 15274


Promotion Marketing Association Inc
650 First Avenue
Suite 2-SW
New York, NY 10016


Rand-Tec Insurance Agency Inc.
977 Lakeview Parkway
Suite 105
Vernon Hills, IL 60061


Renee Berymon
1005 S DesPlaines
#303
Forest Park, IL 60130


RMS
PO Box 20543
Lehigh Valley, PA 18002


Roscoe Company
POB 4804
Chicago, IL 60680-4804


Sentry Security Inc.
POB 1289
Bridgeview, IL 60455-0289


Sonitrol Chicagoland North
231342 Momentum Place
Chicago, IL 60689-5311

Staples Advantage
Dept Det
POB 83689
Chicago, IL 60696-3689


Steven Meier


Swanson Blossom Shot Ltd
814 N Waukegan Road
Deerfield, IL 60015


Swift Financial
POB 3023
Milwaukee, WI 53201-3023


TDS Metrocom
POB 94510
Palatine, IL 60094-4510


Tepfer Consulting Group Ltd
145 Revere Drive
Northbrook, IL 60062-1555


Terrace Paper Company Inc
1325 South Cicero Ave
Cicero, IL 60804-1404


The Lincoln Natl Life Insurance Co
POB 0821
Carol Stream, IL 60132-0821


ULINE
Attn: Accounts Receivable
2200 S Lakeside Drive
Northbrook, IL 60065


UNUM Life Insurance
Company of America
POB 406990
Atlanta, GA 30384-6990


UPS
Lockbox 577
Carol Stream, IL 60132-0577

UPS Freight
28013 Network Place
Chicago, IL 60673-1820


Village of Northbrook
1225 Cedar Lane
Northbrook, IL 60062-4582


W.B. McCloud Co., Inc.
Attn: Acct. Dept
2500 W Higgins Rd, Suite 850
Hoffman Estates, IL 60169-7266


Waste Management
Attn: Billing Department
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Wilmer Sanchez


Yvonne Washington
6040 N Sheridan Rd
Apt 307
Chicago, IL 60660

# United States Bankruptcy Court
## Northern District of Illinois

In re    **A. Three Service Agency, Ltd**      Case No. _____

Debtor(s)      Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A. Three Service Agency, Ltd** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 23, 2010**      **/s/ ss//Deborah K. Ebner**

Date      **ss//Deborah K. Ebner 6181615**

Signature of Attorney or Litigant

Counsel for    **A. Three Service Agency, Ltd**

**ss// Law Office of Deborah Kanner Ebner**
**11 East Adams**
**Suite 904**
**Chicago, IL 60603**
**(312) 922-3838 Fax:(312) 922-8722**
**dkebner@deborahebnerlaw.com**